UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH KERWIN, Regional Director
Seventh Region of the National Labor Relations
Board, for and on behalf of the NATIONAL
LABOR RELATIONS BOARD,

    Petitioner,

v.                                                                                  Case No. 23-12952

TRINITY HEALTH MICHIGAN d/b/a                         Sean F. Cox
TRINITY HEALTH ANN ARBOR HOSPITAL,         United States District Court Judge

    Respondent.
_____/

## NOTICE OF SETTLEMENT CONFERENCE AND ORDER

**PLEASE TAKE NOTICE** that a Settlement Conference has been set for **Monday, February 26, 2024** at **9:00 a.m.,** before the undersigned in Room 817, 231 W. Lafayette Blvd., Detroit, Michigan 48226.

**IT IS ORDERED** that **all counsel** must bring **all of their clients** and **any persons** with **full settlement authority up to Petitioner's demand as well as Respondent's offer** (including Anthony Khalid, Tonia Schemer, and all Petitioners) with them to the conference. **Failure** of a client to attend may **result in the action being dismissed, or a pleading / answer being struck**.

**IT IS SO ORDERED.**

                                                   s/Sean F. Cox
                                                 Sean F. Cox
                                                 United States District Judge

Dated:  January 23, 2024