## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELIZABETH KERWIN, Regional Director
Seventh Region National Labor Relations
Board, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD,

Case No. 2:23-cv-12952

Hon. Sean F. Cox

          Petitioner,

v.

TRINITY HEALTH-MICHIGAN,
d/b/a TRINITY HEALTH ANN ARBOR
HOSPITAL,

          Respondent.

---

| | |
|---|---|
| **Erikson C. N. Karmol (OH 68421)** | **BUTZEL LONG, PC** |
| Attorney for Petitioner | **Blaine Veldhuis (P78840)** |
| National Labor Relations Board, Region 7 | **Barbara E. Buchanan (P55084)** |
| Patrick V. McNamara Building | **Terrence J. Miglio (P30541)** |
| 477 Michigan Avenue, Room 05-200 | Attorneys for Respondent |
| Detroit, MI  48226 | 201 W. Big Beaver Rd., Suite 1200 |
| (313) 335-8025 | Troy, Michigan 48084 |
| Erikson.Karmol@nlrb.gov | (248) 258-1616 |
| | veldhuis@butzel.com |
| | buchanan@butzel.com |
| | miglio@butzel.com |

---

## APPEARANCE OF ERIKSON C. N. KARMOL

     PLEASE ENTER the Appearance of Erikson C. N. Karmol, as counsel for

Petitioner National Labor Relations Board in the above matter.

Respectfully submitted,


By: _/s/ Erikson C. N. Karmol_____
Erikson C. N. Karmol (OH 68421)
National Labor Relations Board
Region 7
477 Michigan Ave., Room 5-200
Detroit, MI  48226
(313) 335-8025

Dated: March 28, 2024          erikson.karmol@nlrb.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2024, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Erikson C. N. Karmol*
Erikson C. N. Karmol (OH 68421)
