UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH KERWIN, on behalf
of the NATIONAL LABOR
RELATIONS BOARD

    Plaintiff,

vs.

TRINITY HEALTH-MICHIGAN,
d/b/a Trinity Health Ann Arbor
Hospital,

    Defendant.

Case No. 23-cv-12952-SFC-EAS

Hon. Sean F. Cox

Magistrate Judge Elizabeth A. Stafford

| National Labor Relations Board | Butzel Long P.C. |
|---|---|
| Dynn Nick (P60497) | Terrence J. Miglio (P30541) |
| Attorney for Plaintiff | Barbara E. Buchanan (P55084) |
| 477 Michigan Ave., Room 05-200 | Attorneys for Defendant |
| Detroit, MI 48226 | 201 W. Big Beaver, Suite 1200 |
| (313) 335-8037 | Troy, MI 48084 |
| Dynn.nick@NLRB.gov | (248) 258-1616 |
|  | miglio@butzel.com |
|  | buchanan@butzel.com |

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

This matter having come before the Court on the stipulation of the parties hereto, and the Court otherwise advised in the premises: ✗

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby

✗ *Defendant represents that it will comply with non-board settlement*

DISMISSED, in its entirety with prejudice and without attorney fees or costs to either party.

_____
SEAN F. COX
UNITED STATES DISTRICT JUDGE

3/29/24

**STIPULATED AND AGREED:**

NATIONAL LABOR RELATIONS BOARD

By: /s/ Dynn Nick (with consent)
Dynn Nick (P60497)
Attorney for Plaintiff

Dated: March __, 2024

BUTZEL LONG P.C.

By: /s/ Terrence J. Miglio
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
Attorneys for Defendant